IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE Z. LUCAS,

    Petitioner,           No. 2:12-cv-1991 KJN P

    vs.

RON BARNES,

    Respondent.        ORDER

_____/

    Petitioner, a state prisoner proceeding without counsel or "pro se" with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254, requests that this action be dismissed. (See Dkt. No. 20.)

    Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

DATED: January 16, 2013

                                         /s/ Kendall J. Newman
                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

luca1991.vol.dsms.